UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 07-22430-CIV-KING

ORLANDO FERNANDEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the March 19, 2009 Report and Recommendation of Magistrate Judge Robert L. Dubé (D.E. #42) recommending that Plaintiff's Petition for Attorneys' Fees and Costs (D.E. #36) be granted in part. The Government has not filed any objections, and the time to do so has passed.

The Court concludes that the R&R contains thorough and well-reasoned recommendations. Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1) Magistrate Judge Robert L. Dubé's March 19, 2009 Report and Recommendation **(D.E. #42)** be, and the same is hereby, **AFFIRMED and ADOPTED.**

2) Plaintiff's Petition for Attorneys' Fees and Costs (**D.E. #36**) be, and the same is hereby, **GRANTED in part**. Plaintiff is awarded $6,430.14 in attorney fees and $182.35 in costs, and the final judgment is amended to reflect this Order.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of April, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Magistrate Judge Robert L. Dubé**

*Counsel for Plaintiff*
**Elizabeth R. Read**
1110 Brickell Avenue
Miami, FL 33131-3199

*Counsel for the Government*
**Anthony Pogorzelski**
US Attorney's Office-Civil Division
99 N.E. 4th Street
Suite 335
Miami, FL 33132